MARION A. PARHAM, Respondent, v. CHARLES K. HELLEBUSH, JR., et al., Appellants.— In an action to recover damages for personal injuries, defendants appeal from an order granting plaintiff's motion to set aside the verdict of the jury because of error in the court's charge. Order unanimously affirmed, with costs. The court has considered the questions of fact and has determined that

it would not grant a new trial upon those questions. Present — Close, P. J., Carswell, Johnston and Lewis, JJ.; Aldrich, J., not voting.